**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

_____

KAREN MAYBELI RODRIGUEZ SALAZAR;

     Plaintiff,                           Case No.  2:26-cv-02904

v.

MARKWAYNE MULLIN, et. al.

     Defendants.

_____

**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

Having read and considered Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (ECF No. 3), and having ordered the Government to respond (ECF No. 4) and to show cause why the motion should not be granted (ECF No. 6), and Plaintiff having certified the Government was properly served with the motion and Court's orders (ECF Nos. 5, 7), and the Court treating this motion as one for a preliminary injunction in light of notice to the the Government, this Court finds that Plaintiff has shown good cause for relief. Accordingly, the Court **GRANTS** Plaintiff's Motion for Temporary Restraining Order and **ORDERS** as follows:

Defendants and their agents, assigns and all persons working in concert with them are hereby **ENJOINED** from removing Plaintiff Karen Maybelin Rodriguez Salazar pending further order of this Court, and it is further **ORDERED** that Plaintiff shall serve a copy of this order on Defendants and provide them with actual notice of this order pursuant to Fed. R. Civ. P. 65(d) (2).

IT IS SO ORDERED.

_____

Hon. Brian R. Martinotti, United States District Judge